**Proposed Distribution**

Case Number: 08-52539
Debtor Name: YODER, RICHARD LEE

FILED
2010 APR 13 PM 12:07
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $5,317.55 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $1,365.11 | $0.00 | $1,365.11 | $1,365.11 | $3,952.44 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $152.64 | $0.00 | $152.64 | $152.64 | $3,799.80 |
| Subtotals For Class Administrative 100.00% | | | | $1,517.75 | $0.00 | $1,517.75 | $1,517.75 | |
| 1 | The Toro Company<br>8111 Lyndale Avenue South<br>Minneapolis, MN 55420 | Unsecured | 300 | $336.80 | $0.00 | $336.80 | $11.79 | $3,788.01 |
| 4 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | 300 | $846.60 | $0.00 | $846.60 | $29.63 | $3,758.38 |
| 6 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | 300 | $1,614.73 | $0.00 | $1,614.73 | $56.52 | $3,701.86 |
| 7 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | 300 | $8,301.60 | $0.00 | $8,301.60 | $290.55 | $3,411.31 |
| 8 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | 300 | $2,345.11 | $0.00 | $2,345.11 | $82.08 | $3,329.23 |
| 9 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | 300 | $1,920.00 | $0.00 | $1,920.00 | $67.20 | $3,262.03 |
| 10 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | 300 | $11,594.95 | $0.00 | $11,594.95 | $405.83 | $2,856.20 |
| 11 | Glenn R. Black, M.D., Inc.<br>430 Grant Street<br>Akron, OH 44311 | Unsecured | 300 | $23.15 | $0.00 | $23.15 | $0.81 | $2,855.39 |
| 12 | ADVANTA BANK CORP<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | 300 | $23,186.76 | $0.00 | $23,186.76 | $811.55 | $2,043.84 |
| 13 | GE COMMERCIAL RECOVERY SERVICE<br>75 REMITTANCE DR., SUITE 1752<br>CHICAGO, IL 60675-1752 | Unsecured | 300 | $18,689.00 | $0.00 | $18,689.00 | $654.13 | $1,389.71 |
| 14 | US Bank/Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, OH 45201 | Unsecured | 300 | $16,855.87 | $0.00 | $16,855.87 | $589.97 | $799.74 |
| 15 | Wells Fargo Bank, N.A.<br>MAC S4101-08C<br>100 W. Washington St., Phoenix, AZ 85003 | Unsecured | 300 | $17,686.11 | $0.00 | $17,686.11 | $619.03 | $180.71 |
| 16 | Lab Care Plus<br>P.O. Box 71-4065<br>Columbus, OH 43271-4065 | Unsecured | 300 | $434.20 | $0.00 | $434.20 | $15.20 | $165.51 |
| 17 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809 | Unsecured | 300 | $4,728.81 | $0.00 | $4,728.81 | $165.51 | $0.00 |

*ck # 1017*
*receipt # 81395*

Date printed 4/12/2010 11:12 AM

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Oklahoma City, OK 73124-8809 | | | | | | | |
| 18 | Wells Fargo Bank, N.A. MAC S4101-08C 100 W. Washington St., Phoenix, AZ 85003 | Unsecured | 350 | $8,576.92 | $0.00 | $8,576.92 | $0.00 | $0.00 |
| Subtotals For Class Unsecured | 3.24% | | | $117,140.61 | $0.00 | $117,140.61 | $3,799.80 | |
| 2 | Summit County Fiscal Officer 175 South Main Street Akron, OH 44308 | Secured | 400 | $4,087.21 | $0.00 | $4,087.21 | $0.00 | $0.00 |
| Subtotals For Class Secured | 0.00% | | | $4,087.21 | $0.00 | $4,087.21 | $0.00 | |
| | Totals | | | $122,745.57 | $0.00 | $122,745.57 | $5,317.55 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.